**Order entered November 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01326-CV

### ALFONSO CHAN, Appellant

### V.

### SLK BUILDERS, LLC AND RANDALL DUKE, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-09748**

## ORDER

Before the Court is the request of Gina Udall, Official Court Reporter for the 160th Judicial District Court, for a 45-day extension of time to file the reporter's record. This is an accelerated appeal and the reporter's record is currently due on November 12, 2018. We **GRANT** the request **to the extent** the reporter's record shall be filed by **November 26, 2018**. *See* TEX. R. APP. P. 35.3(c); 4.1(a).

/s/    ADA BROWN
       JUSTICE